James H. Vernon SBN 41163
jvernonn@mindspring.com
Katherine Vernon Ryan SBN 193324
kateryanlaw@yahoo.com
LAW OFFICES OF JAMES H. VERNON
P.O. Box 410
3223 Crow Canyon Road, Suite 330
San Ramon, CA 94583
Telephone: (925) 806-0673

Attorneys for Plaintiff:
MANFORD C. FORKNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANFORD C. FORKNER, | Case No.: C12-03258-PJH |
| Plaintiff, | STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PRODEDRURE 41(a)(1)(A)(ii) |
| vs. | |
| UNIFUND CCR PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive. | |
| Defendants. | |

Plaintiff Manford C. Forkner and Defendant Unifund Partners hereby stipulate to the dismissal of this action with prejudice as to all Defendants, with each side to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1

IT IS SO STIPULATED.

DATED: December 5, 2012        LAW OFFICES OF JAMES H. VERNON
                               JAMES H. VERNON
                               KATHERINE VERNON RYAN


                               By: s/James H.Vernon
                                   James H. Vernon
                                   Attorney for Plaintiff
                                   Manford C. Forkner

DATED: December 5, 2012        SIMMONDS & NARITA LLP
                               TOMIO B. NARITA
                               R. TRAVIS CAMPBELL


                               By: s/R. Travis Campbell
                                   R. Travis Campbell
                                   Attorney for Defendant
                                   Unifund CCR Partners

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12/6/12

2

STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)