```
 1  James H. Vernon SBN 41163
    jvernonn@mindspring.com
 2  Katherine Vernon Ryan SBN 193324
    kateryanlaw@yahoo.com
 3  LAW OFFICES OF JAMES H. VERNON
    P.O. Box 410
 4  3223 Crow Canyon Road, Suite 330
    San Ramon, CA 94583
 5  Telephone: (925) 806-0673

 6  Attorneys for Plaintiff:
    MANFORD C. FORKNER
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANFORD C. FORKNER,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNIFUND CCR PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive.<br><br>           Defendants. | Case No.: C12-03258-PJH<br><br>STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PRODEDRURE 41(a)(1)(A)(ii) |

Plaintiff Manford C. Forkner and Defendant Unifund Partners hereby stipulate to the dismissal of this action with prejudice as to all Defendants, with each side to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1

STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

1     IT IS SO STIPULATED.

2 DATED: December 5, 2012    LAW OFFICES OF JAMES H. VERNON
JAMES H. VERNON
3     KATHERINE VERNON RYAN

4

5     By: s/James H.Vernon
    James H. Vernon
6     Attorney for Plaintiff
    Manford C. Forkner
7

8 DATED: December 5, 2012    SIMMONDS & NARITA LLP
    TOMIO B. NARITA
9     R. TRAVIS CAMPBELL

10

11     By: s/R. Travis Campbell
    R. Travis Campbell
12     Attorney for Defendant
    Unifund CCR Partners
13

14

15     [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]    12/6/12

16

17

18

19

20

21

22

23

24

25

26    2

STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)